**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1596**

_____

STEPHEN ALAN ALBERTS, II, Ed.D.,

       Plaintiff – Appellant,

   v.

WHEELING JESUIT UNIVERSITY,

       Defendant – Appellee,

   and

DR. LETHA ZOOK,

       Defendant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:09-cv-00109-FPS-JES)

_____

Submitted: November 30, 2011     Decided: January 9, 2012

_____

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen Alan Alberts, II, Appellant Pro Se. Jacob A. Manning, Christopher Paull Riley, DINSMORE & SHOHL, LLP, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Alan Alberts, II, appeals the district court's order granting summary judgment on his retaliation claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2006). We have reviewed the record and find no reversible error or evidence of judicial bias. Accordingly, we affirm for the reasons stated by the district court. Alberts v. Wheeling Jesuit University, No. 5:09-cv-00109-FPS-JES (N.D.W. Va. May 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED